# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED MICHAEL WARD,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET MIMS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:12-cv-01892-LJO-GBC (PC)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 1; Doc. 5) |

Jared Michael Ward ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis, in this civil rights action pursuant to 42 U.S.C. § 1983. On November 19, 2012, Plaintiff filed the complaint which initiated this action. Doc. 1. On November 29, 2012, the Court dismissed the action for failure to state a claim and gave Plaintiff leave to amend. Doc. 5. In its order filed on November 29, 2012, the Court warned Plaintiff that if he failed to file an amended complaint in compliance with the order, this action would be dismissed, with prejudice, for failure to state any claims. The deadline to file an amended complaint has passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

///

///

1 | Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the Court HEREBY
2 | ORDERS that:
3 |     1.    this action be DISMISSED, with prejudice, based on Plaintiff's failure to state any
4 |          claims upon which relief may be granted (Doc. 1; Doc. 5); and
5 |     2.    The Clerk's Office be directed to enter judgment against Plaintiff.
6 | IT IS SO ORDERED.
7 | **Dated:**   **December 27, 2012**     /s/  **Lawrence J. O'Neill**
                                                                                          UNITED STATES DISTRICT JUDGE